## 2739. MAFFETT *v.* ROME PANTS FACTORY.

HILL, C. J.   The evidence demanded the verdict as directed, and any error of law was immaterial.    *Judgment affirmed.*

DECIDED NOVEMBER 29, 1910.

Complaint; from city court of Oglethorpe—Judge Greer. March 17, 1910.

*Jere M. Moore,* for plaintiff in error. *Jule Felton,* contra.